# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**WALTER R. SEXTON**                                                                          **PLAINTIFF**
**#111216**

**v.**                                               **No. 4:25-cv-00526-LPR**

**WATKINS, et al.**                                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 39).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendants' Motion for Summary Judgment on the Issue of Exhaustion (Doc. 34) is GRANTED.  Plaintiff's claims against Defendants Watkins, Harrison, Arditi, Smith, Cooper, Ussery, and Rye are hereby DISMISSED without prejudice based on Plaintiff's failure to fully exhaust his administrative remedies.  Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice.  The Clerk is instructed to close this case.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 21st day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE